IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCIELINDA MUSTEEN                                                                                       PLAINTIFF

v.                                        Case No. 5:18-CV-5083

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 13) from United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that the Unopposed Motion to Remand (Doc. 12) is GRANTED. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 11th day of October, 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE